It only remains to observe, that property in a Negroe, may be obtained by a *bona fide* purchase, without deed.

VERDICT for the Defendant.

## KUNCKEL *et al. versus* BAKER.

THIS was an application for a special Court, founded on the act passed the 10th *of April*, 1782. *Kunckel*, the petitioner, set forth in his affidavit, that one of the plaintiffs, *Boom*, with whom he had been in partnership, had dissolved their connection, since the commencement of the action, and that the outstanding debts had been assigned to *Kunckel*, so as to vest in him the whole interest in the event of the action. It was also stated that *Kunckel* was about to depart from the United States; but that *Boom* had no such intention.

The *Attorney General*, for the defendant, objected, that, by thus assigning the interest in an action to a going foreigner, a special Court, and an early judgment, might always be within reach, to the prejudice not only of the defendants but of other creditors. And upon this ground THE COURT unanimously refused the prayer of the petition.

The plaintiff's counsel then moved, that he ought not to be deprived of his bail by this application; which, requiring a declaration to be previously filed, amounted to an acceptance of a common appearance.

In the justice of this motion, THE COURT concurred, and accordingly directed a rule to be entered, that the defendant give bail in two months, or a *Procedendo*.

*Rawle* for the plaintiff.—*Bradford* for the defendant.